**JS−6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE FITZGERALD<br><br>Plaintiff(s),<br><br>v.<br><br>CHASE BANK USA NA , et al.<br><br>Defendant(s). | CASE NO:<br>2:17−cv−00089−FMO−E<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 14 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: March 24, 2017          /s/ *Fernando M. Olguin*
                                                 Fernando M. Olguin
                                                 United States District Judge